## THIRD DISTRICT.

The People of the State of Illinois, defendant in error, v. Ellen Barnes, plaintiff in error. Gen. No. 7,698.

Bill to enjoin use of premises in violation of prohibition law. Decree for complainant. Error to the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 5, 1924. Rehearing denied October 7, 1924. *Certiorari* denied by Supreme Court (making opinion final).

D. J. Sammon and John E. Dougherty, for plaintiff in error; L. E. Stone, of counsel. Lester H. Martin, State's Attorney, and Joseph W. DePew, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Bloomington & Normal Railway and Light Company, appellee, v. A. E. DeMange, appellant. Gen. No. 7,714.

Assumpsit. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1924. Affirmed on remittitur, etc., otherwise reversed and remanded. Opinion filed July 5, 1924. Rehearing denied October 7, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Hal Stone and R. C. DeMange, for appellant. Sigmund Livingston, for appellee.

Mr. Justice Heard delivered the opinion of the court.

The People of the State of Illinois, appellant, v. Cecil Day, appellee. Gen. No. 7,735.

Prosecution under prohibition law. Judgment for return to owner of automobile seized by sheriff. Appeal from the County Court of Ford county; the Hon. S. Ludlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 5, 1924. Rehearing denied October 7, 1924.

C. M. Swanson, State's Attorney, for appellant. Phillips and Middleton, for appellee.

Mr. Justice Heard delivered the opinion of the court.

Stanley Grubczak, plaintiff in error, v. Jessie Smith, executrix of the last will and testament of Louis Smith, deceased, defendant in error. Gen. No. 7,722.

Action to recover damages for personal injuries. Judgment for defendant. Error to the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 5, 1924. Rehearing denied October 7, 1924.

George McMahon, James T. De Vere and C. Thomas Hanley, for plaintiff in error; Elmer O. Furrow, of counsel. George F. Rearick and James A. Meeks, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.